| | |
|---|---|
| 1 | PAUL C. MINNEY, SBN 166989 |
| | WILLIAM J. TRINKLE, SBN 102280 |
| 2 | Email: wjtrinkle@mycharterlaw.com |
| | WENDY A. WALKER, SBN 295877 |
| 3 | Email: wwalker@mychaterlaw.com |
| | YOUNG, MINNEY & CORR, LLP |
| 4 | 655 University Ave. Suite 150 |
| | Sacramento, CA 95825 |
| 5 | Telephone: (916) 646-1400 |
| | Facsimile: (916) 646-1300 |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
| | THE GUIDANCE CHARTER SCHOOL |
| 8 | REBEKKA R. MARTORANO (173600) |
| | Email: rmartorano@ryanlg.com |
| 9 | THE RYAN LAW GROUP |
| | 400 Capital Mall, Suite 2540 |
| 10 | Sacramento, California 95814 |
| | Telephone: (916) 924-1912 |
| 11 | Facsimile: (916) 923-3872 |
| 12 | TELLY ANDREWS *(Pro Hac Vice Counsel)* |
| | Email: tandrews@kmalawfirm.com |
| 13 | ROBERT A. BRAUN *(Pro Hac Vice Counsel)* |
| | Email: rbraun@kmalawfirm.com |
| 14 | COURTNEY A. DEBLIS *(Pro Hac Vice Counsel)* |
| | Email: cdeblis@kmalawfirm.com |
| 15 | KAPLAN, MASSAMILLO & ANDREWS, LLC |
| | 200 West Madison Street, 6th Floor |
| 16 | Chicago, IL 60606 |
| | 312/345-3000 |
| 17 | 312/345-3119 |
| 18 | *Attorneys for Defendant* |
| | SAFEWARE, THE INSURANCE AGENCY, INC. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE GUIDANCE CHARTER SCHOOL, | CASE NO.: 2:17-CV-01762-TLN-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE** |
| SAFEWARE, THE INSURANCE AGENCY, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | Hon. Judge Troy Nunley |
| | Magistrate Judge Allison Claire |

This matter came before the Court upon agreement of the parties to extend the discovery deadline from August 31, 2018 to October 31, 2018.

For good cause shown, the parties' Joint Motion to Extend the Discovery Deadline is hereby GRANTED. The discovery deadline of August 31, 2018 shall be extended to October 31, 2018. All other deadlines and dates previously scheduled in this case shall remain unchanged.

Dated: July 31, 2018

_____
Troy L. Nunley
United States District Judge

YOUNG, MINNEY & CORR, LLP
655 UNIVERSITY AVENUE, SUITE 150
SACRAMENTO, CA 95825